IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

TRUSTEES OF THE UNITED
ASSOCIATION NATIONAL PENSION
FUND, *et al.*,
    Plaintiffs,

v.

Civil No. 1:23cv1016 (DJN)

JORDAN WELDING & FABRICATION,
LLC,
    Defendant.

## ORDER
### (Adopting Report and Recommendations)

This matter comes before the Court on the Report and Recommendations of United States Magistrate Judge Ivan D. Davis, entered on May 31, 2024. (ECF No. 19.) The time to file objections to the Report and Recommendations has expired, and no party has objected. The Court has considered the Report and Recommendations and found no clear error.[1]

Having considered the matter and deeming it otherwise proper and just to do so, the Court hereby ORDERS as follows:

1. The Court hereby ACCEPTS and ADOPTS the Magistrate Judge's Report and Recommendations (ECF No. 19) as its own.

---

[1] In the absence of objections to a magistrate judge's report, a court "need not conduct a *de novo* review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Accident Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005).

2. The Court hereby GRANTS Plaintiffs' Motion for Default Judgment (ECF No. 13) and ENTERS default judgment against Defendant on Plaintiffs' complaint (ECF No. 1) pursuant to Rule 55(b)(2).

3. The Court hereby AWARDS Plaintiffs damages in the amount of $44,432.41 and attorneys' fees and costs in the amount of $6,603.25, for a total of $51,035.66.

4. The Court directs the Clerk to enter Rule 58 judgment for Plaintiffs and against Defendant consistent with the terms of this Order.

This case is now CLOSED.

Let the Clerk file a copy of this Order electronically and notify all counsel of record.

It is so ORDERED.

/s/
David J. Novak
United States District Judge

Richmond, Virginia
Date: June 17, 2024